UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH JACKSON,<br>      Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br>      Defendant. | CIVIL ACTION NO.: 04-10974-RCL |

## NOTICE OF APPEARANCE

Now comes John E. Young, of FLYNN & ASSOCIATES, P.C., 400 Crown Colony Drive, Suite 200, Quincy, MA 02169 to enter his general appearance on behalf of the defendant, National Railroad Passenger Corporation, in the above-captioned matter.

                              Respectfully submitted,
                              National Railroad Passenger Corporation,
                              By its attorneys,

                              s/John E. Young_____
                              John E. Young, BBO #654093
                              FLYNN & ASSOCIATES, P.C.
                              400 Crown Colony Drive
                              Suite 200
                              Quincy, MA  02169
                              (617) 773-5500

DATE:  June 4, 2003
G:\F & A\CASE FILES\AMTRAK\occupational\Jackson\Pleadings\JEY appearance.doc