UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH JACKSON,<br>    Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br>    Defendant. | CIVIL ACTION NO.: 04-10974-RCL |

## NOTICE OF APPEARANCE

Now comes Michael B. Flynn, of FLYNN & ASSOCIATES, P.C., 400 Crown Colony Drive, Suite 200, Quincy, MA 02169 to enter his general appearance on behalf of the defendant, National Railroad Passenger Corporation, in the above-captioned matter.

> Respectfully submitted,
> National Railroad Passenger Corporation,
> By its attorneys,
>
> s/Michael B. Flynn_____
> Michael B. Flynn, BBO #559023
> FLYNN & ASSOCIATES, P.C.
> 400 Crown Colony Drive
> Suite 200
> Quincy, MA  02169
> (617) 773-5500

DATE:  June 4, 2003
G:\F & A\CASE FILES\AMTRAK\occupational\Jackson\Pleadings\JEY appearance.doc