UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH JACKSON,<br>          Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br>          Defendant. | CIVIL ACTION NO.:  04-10974-RCL |

## DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to L.R. 7.3, AMTRAK hereby files its *Corporate Disclosure Statement*:

The United States, through the Secretary of the Treasury, owns one hundred percent (100%) of the defendant, National Railroad Passenger Corporation's ("AMTRAK"), preferred stock shares.  American Premiere Underwriters, Inc., owns fifty-six percent (56%) of AMTRAK's common stock shares and Burlington Northern Santa Fe owns thirty-six percent (36%) of AMTRAK's common stock shares.

> Respectfully submitted,
> National Railroad Passenger Corporation,
> By its attorneys,
>
>
> s/John E. Young_____
> John E. Young, BBO #654093
> FLYNN & ASSOCIATES, P.C.
> 400 Crown Colony Drive
> Suite 200
> Quincy, MA 02169
> (617) 773-5500

DATE:  June 16, 2004
G:\F & A\CASE FILES\AMTRAK\occupational\Jackson\Pleadings\Corp Discl.doc