UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH JACKSON,<br>            Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br>            Defendant. | CIVIL ACTION NO.:  04-10974-RCL |

**THE PARTIES' JOINT SCHEDULING STATEMENT**

The parties in the above-captioned action, by their attorneys, submit the following joint scheduling statement pursuant to the provisions of Fed. R. Civ. P. 16(b) and Local Rule 16.1. An initial scheduling conference will be held at 2:00 P.M. on July 14, 2004.

**I.  Obligation of Counsel to Confer**:

Counsels for the parties have conferred in accordance with the provisions of Local Rule 16.1.  Discovery is proceeding in accordance with Local Rule 26 and this Court's June 9, 2004 Notice of Scheduling Conference.  Counsels have agreed to explore the possibilities of alternative dispute resolution upon the completion of discovery.

Counsels also certify that they have conferred with their respective clients concerning those matters mentioned in Local Rule 16.1(D)(3) prior to the scheduling conference and will be each filing with the Court certifications signed by counsel and authorized representatives of each party.

**II.       Proposed Joint Discovery Plan**:

This is a personal injury case in which the plaintiff claims to have suffered injuries as the result of exposure to toxic materials while employed with the defendant.  Pursuant to Fed. R. Civ. P. 16(b) and Local Rule 16.1(F), the parties propose the following discovery schedule:

    A.    **Phase one:**

1. The parties will exchange documents required by the automatic disclosure provisions of Rule 26.2 within thirty-one (31) days of the date of this conference;

2. Motions to amend and/or supplement the pleadings, including motions to add parties, no later than October 1, 2004;

3. All written discovery to be completed by March 1, 2005;

4. All non-expert depositions to be completed by July 1, 2005;

    B.    **Phase two:**

1. The plaintiff shall designate trial experts and shall disclose the information contemplated by Fed.R.Civ.P. 26(a)(2)(B), by March 1, 2005;

2. The defendants will identify its expert witnesses and make the expert disclosures required by Rule 26(a)(2) by April 1, 2005;

3. All expert depositions to be completed by July 1, 2005;

4. All discovery to be completed by August 1, 2005.

**III.**    <u>**Filing of motions**</u>:

1. All dispositive motions and/or motions for summary judgment will be filed by October 1, 2005.

**IV.**    <u>**Agenda of Matters To Be Discussed:**</u>

The parties have conferred in compliance with Local Rule 16.1(B)(1) and prepared the following proposed agenda of matters to be discussed at the Initial Scheduling Conference:

1. The identification of principal issues in contention and issues of fact and law not reasonably in dispute.

2. The parties' joint discovery plan.

3. The status of settlement discussions.

4. The parties' willingness to consent to trial by magistrate judge.

|  |  |
|---|---|
|  | Respectfully submitted, |
| The plaintiff, | The defendant, |
| Joseph Jackson, | National Railroad Passenger Corporation, |
| by his attorney, | by its attorneys, |
|  |  |
| s/Thomas J. Joyce, III_____ | s/John E. Young_____ |
| Thomas J. Joyce, III, Esq. | Michael B. Flynn, BBO #559023 |
| Hannon & Joyce | John E. Young, BBO#654093 |
| 150 S. Independence Mall West | FLYNN & ASSOCIATES, P.C. |
| Philadelphia, PA 19106 | 400 Crown Colony Drive |
| (888) 222-3352 | Quincy, MA 02169 |
|  | (617) 773-5500 |

Local Counsel for Plaintiff,

s/Michael J. McDevitt_____
Michael J. McDevitt, BBO#564720
Lawson & Weitzen, LLP
88 Black Flacon Avenue, Suite 345
Boston, MA 02210
(617) 439-4990

DATE:  July 7, 2004