UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH JACKSON,<br>      Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION,<br>      Defendant. | CIVIL ACTION NO.: 04-10974-RCL |

**CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

This is to certify that the defendant, National Railroad Passenger Corporation, ("AMTRAK"), and their counsel, FLYNN & ASSOCIATES, P.C., have conferred to establish a budget for the full litigation of the above-captioned matter, as well as a budget for various alternatives.

AMTRAK and FLYNN & ASSOCIATES, P.C. have further discussed the resolution of the litigation through the use of Alternative Dispute Resolution programs and need to develop further information before deciding whether the case is appropriate for settlement, ADR, or full litigation.

<table>
<tr><td>

On behalf of National Railroad
Passenger Corporation,

*[signature: Rosa T. Richmond]*

Rosa T. Richmond
Claims Representative
National Railroad Passenger Corporation
60 Massachusetts Avenue, N.E.
Washington, D.C. 20002

DATE: 7/8/04

G:\F & A\CASE FILES\AMTRAK\occupational\Jackson\Pleadings\Rule 16 Cert.doc

</td><td>

Respectfully submitted,

The defendant,
National Railroad Passenger Corporation,
By its attorneys,

*[signature]*

Michael B. Flynn, BBO #559023
John E. Young, BBO #654093
FLYNN & ASSOCIATES, P.C.
400 Crown Colony Drive, Suite 200
Quincy, MA 02169

</td></tr>
</table>