UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10974-RCL

JOSEPH JACKSON,           *
    Plaintiff             *
                         *
vs.                       *
                         *
NATIONAL RAILROAD         *     **NOTICE OF APPEARANCE**
PASSENGER CORPORATION,    *
    Defendants,           *

Please enter my appearance as Counsel representing the Defendant, National Railroad Passenger Corporation, d/b/a/ Amtrak, relative to the above-captioned matter.

                            NATIONAL RAILROAD
                            PASSENGER CORPORATION
                            By its attorney,

                            _____
                            Paul J. Sahovey
                            Assistant General Counsel
                            10 Park Plaza
                            Boston, MA 02116
                            (617) 222-3189
                            BBO #437900