UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH JACKSON,<br>        Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br>        Defendant. | CIVIL ACTION NO.:  04-10974-RCL |

## NOTICE OF WITHDRAWAL

To the Clerk of the above mentioned Court:

With reference to the above-entitled action, kindly withdraw my appearance as co-counsel for the Defendant, National Railroad Passenger Corporation.

> Respectfully submitted,
> National Railroad Passenger Corporation,
> By its attorneys,
>
>
> /s/ John E. Young
> John E. Young, BBO #654093
> FLYNN & ASSOCIATES, P.C.
> 400 Crown Colony Drive
> Suite 200
> Quincy, MA  02169
> (617) 773-5500

DATE:  June 2, 2005
G:\F & A\CASE FILES\AMTRAK\occupational\Jackson\Pleadings\JEY withdrawal.doc