UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH JACKSON,<br>     Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br>     Defendant. | CIVIL ACTION NO.: 04-10974-RCL |

## NOTICE OF WITHDRAWAL

To the Clerk of the above mentioned Court:

With reference to the above-entitled action, kindly withdraw my appearance as co-counsel for the Defendant, National Railroad Passenger Corporation.

Respectfully submitted,
National Railroad Passenger Corporation,
By its attorneys,

/s/ Michael B. Flynn
Michael B. Flynn, BBO #559023
FLYNN & ASSOCIATES, P.C.
400 Crown Colony Drive
Suite 200
Quincy, MA  02169
(617) 773-5500

DATE:  June 2, 2005
G:\F & A\CASE FILES\AMTRAK\occupational\Jackson\Pleadings\MBF withdrawal.doc